UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                              :
WILLIAM MURREN,               :
                              :
            Petitioner,       :        Civil No. 06-4014 (RBK)
                              :
        v.                    :
                              :
WARDEN OF FCI FORT DIX,       :        O R D E R
et al.,                       :        (CLOSED)
                              :
            Respondents.      :
_____:
```

For the reasons set forth in the Court's Opinion filed herewith,

It is on this ___28th___ day of ___September___, 2006,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

ORDERED that the Clerk shall file the Petition without prepayment of fees; and it is further

ORDERED that the application for a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE for lack of "in custody" jurisdiction; and it is further

ORDERED that a certificate of appealability will not issue pursuant to 28 U.S.C. § 2253(c)(2); and it is finally

ORDERED that the Clerk is directed to close the file accordingly.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge